# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BILLY MATHIS,<br><br>                Plaintiff,<br><br> v.<br><br>O'REILLY AUTO ENTERPRISES, LLC, et al.,<br><br>                Defendants. | 3:24-cv-00225-CSD<br><br>**ORDER** |

The court has approved the parties' Stipulated Discovery Plan and Scheduling Order (ECF No. 14), and it does not appear that an initial case management conference is necessary. If the parties disagree, they may file a stipulation requesting a case management conference. In the event a discovery dispute arises, the parties shall follow the informal discovery dispute procedure outlined in the court's Civil Standing Order (ECF No. 6).

**IT IS HEREBY ORDERED** that the Case Management Conference scheduled for **Tuesday, July 16, 2024, at 10:00 a.m.** is **VACATED**.

DATED: June 25, 2024.

_____
CRAIG S. DENNEY
UNITED STATES MAGISTRATE JUDGE

1