1  FISHER & PHILLIPS LLP
   SCOTT M. MAHONEY, ESQ.
2  Nevada Bar No. 1099
3  300 S. Fourth Street, Suite 1500
   Las Vegas, NV  89101
4  Telephone: (702) 252-3131
   E-Mail Address:  smahoney@fisherphillips.com
5  Attorney for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BILLY MATHIS, | Case No.: 3:24-cv-00225-CSD |
| Plaintiff, | **ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE DISMISSAL** |
| vs. | **(First Request)** |
| O'REILLY AUTO ENTERPRISES, LLC., ROE Business Organizations 1-50; and DOE INDIVIDUALS 1-50, inclusive, | |
| Defendant(s). | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that the parties will have additional time up to and including November 8, 2024, to get a Stipulation and Order for Dismissal on file.  The parties have signed a settlement agreement that is still being consummated.  This is the first request

- 1 -

FP 52642291.1

1  for an extension of this deadline.

2  FISHER & PHILLIPS, LLP                SANTOS LAW, PLLC

3  By: /s/ Scott M. Mahoney              By: /s/ Theresa M. Santos, Esq
4  Scott M. Mahoney, Esq.                Cory A. Santos, Sr. Esq.
   300 S. Fourth Street                  Theresa M. Santos, Esq.
5  Suite 1500                            241 Ridge Street, Ste. 340
   Las Vegas, Nevada 89101               Reno, NV 89501
6  Attorneys for Defendant               Attorneys for Plaintiff

7                                        IT IS SO ORDERED:

8

9                                        _____
10                                       UNITED STATES MAGISTRATE JUDGE

11

12
                                         Dated: October 23, 2024
13