1 | FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
2 | Nevada Bar No. 1099
300 S. Fourth Street, Suite 1500
3 | Las Vegas, NV  89101
4 | Telephone: (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
5 | Attorney for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BILLY MATHIS, ) | Case No.: 3:24-cv-00225-CSD |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER FOR** |
| ) | **DISMISSAL** |
| vs. ) | |
| ) | |
| O'REILLY AUTO ENTERPRISES, ) | |
| LLC., ROE Business Organizations 1-50; ) | |
| and DOE INDIVIDUALS 1-50, ) | |
| inclusive, ) | |
| ) | |
| Defendant(s). ) | |
| _____ ) | |

IT IS HEREBY STIPULATED AND AGREED that this matter be dismissed with prejudice, with each party to bear their own costs and attorneys' fees.

FISHER & PHILLIPS, LLP                SANTOS LAW, PLLC

By: /s/ Scott M. Mahoney            By: /s/ Theresa M. Santos, Esq.
Scott M. Mahoney, Esq.              Cory A. Santos, Sr. Esq.
300 S. Fourth Street                Theresa M. Santos, Esq.
Suite 1500                          241 Ridge Street, Ste. 340
Las Vegas, Nevada 89101            Reno, NV 89501
Attorneys for Defendant            Attorneys for Plaintiff

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 25, 2024

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

- 1 -

FP 52642012.1